**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **LIZARBE ALA, Carlos Uriel** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | **Case No. 7:26-cv-00033-WLS-AGH** |
| | : | **28 U.S.C. § 2241** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN, STEWART DETENTION CENTER,** | : | |
| | : | |
| **Respondent.** | : | |

**NOTICE OF DISMISSAL OF HABEAS CORPUS PETITION**

On February 2nd, 2026, Petitioner filed a habeas corpus with this Court, challenging his detention in immigration custody at the Irwin County Detention Center in Irwin, GA (ECF,1). Petitioner filed a request for relief under voluntary departure before an Immigration Judge.

Immigration Judge issued an order granting Petitioner voluntary departure. In light of the Immigration Judge's order there is no further relief this court can grant at this time; therefore, the claims raised in the Petition are now moot. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner hereby **voluntarily dismisses** this action without prejudice.

Respectfully submitted, this August 14th, 2026.

/s/ Matthew O. Boles
Matthew Boles
GA Bar No. 904287
LA Bar No. 37593
MANJI LAW, P.C.

SO ORDERED this 17th day of August, 2026.

W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court

5745 Lawrenceville Hwy, Tucker, GA 30084
Matt@manjilaw.com
941-524-7913

*Counsel for Petitioner*